UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ,

        Plaintiff,

- against -

224-236 REALTY LLC, ET AL.,

        Defendants.

23-cv-420 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The affidavit of service filed by the plaintiff indicates that the plaintiff served the defendant 224-236 Realty LLC on January 23, 2023. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for that defendant to answer was February 13, 2023.

    The time for 224-236 Realty LLC to answer or respond to the complaint is extended to **March 13, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiff should mail a copy of this Order to defendant 224-236 Realty LLC and file proof of service on the docket by **March 3, 2023**. The time for the plaintiff to serve the remaining defendants, Eric Samson and Domingo Del Rosario, has not yet expired.

SO ORDERED.

Dated:    New York, New York
            February 15, 2023

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge