UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE RODRIGUEZ,　　　　　　　　　　　23-cv-420 (JGK)

　　　　　　Plaintiff,　　　　　　　　ORDER

　- against -

224-236 REALTY LLC, ET AL.,

　　　　　　Defendants.

---

**JOHN G. KOELTL, District Judge:**

　　On February 21, 2023, this Court extended the time for defendant 224-236 Realty LLC to answer until March 13, 2023. ECF No. 6. The Court also directed the plaintiff to mail a copy of the February 21 Order to that defendant and to file proof of such mailing on the docket by March 3, 2023. Id. To date, the plaintiff has not filed on the docket any proof of service indicating that 224-236 Realty LLC was served with the February 21 Order. Accordingly, the plaintiff is directed to mail copies of both this Order and the February 21 Order to the defendants and to file proof of such mailing on the docket by **April 7, 2023**. The plaintiff is advised that failure to file proof of service of this Court's Orders on 224-236 Realty LLC by April 7, 2023, could result in dismissal of the case against that defendant without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 4(m).

The time for 224-236 Realty LLC to answer or respond to the complaint is extended to **May 1, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against that defendant.

The Court notes that the time for the plaintiff to serve the remaining defendants, Eric Samson and Domingo Del Rosario, has not yet expired.

**SO ORDERED.**

Dated:    New York, New York
            March 23, 2023

                                              John G. Koeltl
                                      United States District Judge