

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

## LAW OFFICES OF WILLIAM CAFARO

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

April 14, 2023

***Via ECF***

John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Rodriguez v. 224-236 Realty LLC, et al
> Case No. 23-cv-420 (JGK)

Your Honor:

This firm represents Plaintiff in the above-referenced action. We effectuated service of the summons and complaint on the corporate Defendant, 224-236 Realty LLC.[1] However, despite numerous attempts, we have been unable to effectuate service on the individual Defendants, Eric Samson and Domingo Del Rosario. It is our belief that these individuals are deliberately evading service. As such, we ask that the Court extend the deadline to serve the summons and complaint on these individual Defendants from April 17, 2023 to July 17, 2023. This is our first time requesting an extension of this deadline. We thank the Court for its attention and consideration to this submission.

Respectfully submitted,

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/15/23

/s/
Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*

---

[1] 224-236 Realty LLC has failed to file an answer or otherwise appear in this case.