UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ,

        Plaintiff,

- against -

224-236 REALTY LLC, ET AL.,

        Defendants.

23-cv-420 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 20, 2023.

SO ORDERED.

Dated:  New York, New York
        June 6, 2023

                                              John G. Koeltl
                                      United States District Judge