```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOSE RODRIGUEZ,

                Plaintiff,

    - against -

224-236 REALTY LLC, ET AL.,

                Defendants.

23-cv-420 (JGK)

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

    To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **February 19, 2024,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

**SO ORDERED.**

**Dated:**    New York, New York
            January 18, 2024

                                          John G. Koeltl
                                United States District Judge