

**LAW OFFICES OF WILLIAM CAFARO**

William Cafaro, Esq.
Partner
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
Managing Attorney
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
Of Counsel
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

Louis M. Leon, Esq.
Associate
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
Of Counsel
ADMITTED IN NY
Email: mblum@cafaroesq.com

March 18, 2024

*Via ECF*
John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Rodriguez v. 224-236 Realty LLC, et al
Case No. 23-cv-420 (JGK)

Your Honor:

This firm represents Plaintiff in the above-referenced action. We write, jointly with Defendants, to ask the Court to extend the stay in the case, which expires today, by two weeks. We make this request because the parties are still in the process of effectuating their settlement and finalizing the necessary paperwork. We believe this extension should afford the parties' sufficient time to finalize everything. This is our third request for such relief. We thank the Court for its attention and consideration to this submission.

Respectfully submitted,

/s/
Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*

**APPLICATION GRANTED
SO ORDERED**

3/19/24

John G. Koeltl, U.S.D.J.