**Weinberger & Weinberger, LLP**
**Attorneys at Law**

630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

*Via ECF*                                                                 April 1, 2024
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Rodriguez v. 224-236 Realty LLC, et al*
              *Docket No. 23-cv-420 (JGK)*

Dear Hon. Judge Koeltl:

    This office represents the Defendants in the above-referenced matter. The parties write jointly to request that the Court to extend the stay in this case until April 11, 2024. The parties are virtually finished in resolving this matter. The parties need these additional days to finalize a resolution of this matter.

    This is the parties' fourth request for such relief.

    Thank you for your time and consideration regarding this matter

                                             Respectfully submitted,

                                             *s/ Stuart A. Weinberger*
                                             Stuart A. Weinberger

cc:    All counsel of record (via ECF)

                                             **APPLICATION GRANTED**
                                               **SO ORDERED**

SW:224-236.L4124              4/3/24              John G. Koeltl, U.S.D.J.