UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOSE RODRIGUEZ,

                                                   **23-CV-00420 (JGK)**

                    Plaintiff,

                                             **PROPOSED JUDGMENT**

    -against-

224-236 REALTY LLC, ERIC SAMSON, and DOMINGO
ROSARIO,

                    Defendants.
-------------------------------------------------------------------------X

        **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 224-236 REALTY LLC, and ERIC SAMSON, by and through undersigned counsel, hereby offer to allow judgment be entered against them in this action, in favor of JOSE RODRIGUEZ in the sum of Forty Thousand Dollars ($40,000.00) which will fully and finally resolve all of Plaintiff's claims for relief against the above named Defendants, including without limitation to, claims for unpaid wages, overtime, violation of the Fair Labor Standards Act, New York Labor Law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action, could have been asserted in this action. This judgment shall constitute full satisfaction and in complete relief of all federal, state, and local law claims or rights that Plaintiff may have to damages in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 16, 2024 and filed as Exhibit A to Docket Number 36.

**WHEREAS**, on April 16, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 36);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JOSE RODRIGUEZ, in the sum of $40,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 16, 2024 and filed as Exhibit A to Docket Number 36. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: April 17, 2024
New York, New York

U.S.D.J.